IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Criminal Action No.
26-00429-01-CR-W-RK

CHAD E. PATRICK,

Defendant.

---

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One — Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Count Two — Felon in Possession of a Machinegun, *in violation of* 18 U.S.C. §§ 922(o) and 924(a)(2)

**TRIAL COUNSEL**:
Government: Jessica Jennings
Case Agent: Lee's Summit, Missouri Police Department Det. Steven Owings
Defense: Matthew Merryman & Nicholas Bates

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
Government: 5-7 with stipulations; 10 without stipulations
Defense: No additional witnesses; it is unknown whether Defendant will testify

**TRIAL EXHIBITS**:
Government: 100 exhibits
Defense: 25 additional exhibits

**DEFENSES**:
( x ) defense of general denial
(   ) defenses of general denial and ______________________________

**POSSIBLE DISPOSITION**:

( ) Definitely for trial
( ) Possibly for trial
( x ) Motion to continue to be filed
( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**

Government's case including jury selection: 1 ½ days
Defense case: ½ day

**STIPULATIONS**:

( ) not likely
( ) not appropriate
( ) will be proposed as to:
  ( x ) chain of custody
  ( ) chemist's reports
  ( x ) prior felony conviction
  ( x ) interstate nexus of firearm
  ( x ) designation of firearm as a machinegun

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: November 16, 2026
Defense: November 16, 2026
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 16, 2026
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 16, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing November 30, 2026

**Please note**: *Government counsel has another case on the November docket, USA v. Elbert L. McMullen, 24-00149-01-CR-W-DGK, in which it is requesting assignment during the first week.*

**OTHER**:

( ) A ____________________-speaking interpreter is required.
( ) Other assistive devices: ____________________________________________

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge